DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREEN TREE SERVICING, LLC,**
Appellant,

v.

**DOREEN M. TITO** a/k/a **DOREEN TITO, DAVID J. TITO** a/k/a **DAVID TITO, HILLSBORO WINDSOR CONDOMINIUM INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR AMERICA'S WHOLESALE LENDER, OCTAGON HOLDINGS, LLC,**
Appellees.

No. 4D16-1307

[October 26, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen D. Ireland, Judge; L.T. Case No. CACE 12-19315.

Jason Joseph of Gladstone Law Group, P.A., Boca Raton, for appellant.

David W. Langley of David W. Langley, P.A., Plantation, for appellee, David Tito.

Thomas H. Lehrer (unknown tenant, n/k/a Thomas H. Lehrer), Lauderdale-By-The Sea, pro se.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***